NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE ESTATE OF RICHARD )
KAROLEWSKI, by and through )
WAYNE ANTHONY KAROLEWSKI, )
Personal Representative, )
           )
           Appellant, )
           )
v. )         Case No. 2D18-1101
           )
PALM GARDEN OF TAMPA, LLC, )
PALM GARDEN HEALTHCARE )
HOLDINGS, LLC; PALM )
HEALTHCARE MANAGEMENT, LLC; )
and MICHELE L. FORNEY (as to )
PALM GARDEN OF TAMPA), )
           )
           Appellees. )
_____ )

Opinion filed September 28, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Richard A. Nielsen, Judge.

Megan L. Gisclar and Joanna Greber
Dettloff of Wilkes & McHugh, P.A.,
Tampa, for Appellant.

Kirsten K. Ullman and Ashley K. Pi of Ullman
Bursa Law, Tampa, for Appellees.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and BLACK, JJ., Concur.